UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-61869-CIV-ALTMAN/Hunt

**AARON HOLLIS**,
*individually and on behalf of
all others similarly situated*,

      Plaintiff,

v.

**MAA WWARRS, LLC**,

      Defendant.
_____/

## ORDER OF DISMISSAL

**THIS MATTER** is before the Court on the Plaintiff's Notice of Voluntary Dismissal Without Prejudice [ECF No. 9]. Being fully advised, the Court hereby

**ORDERS** that this action is **DISMISSED without prejudice**. The Clerk shall **CLOSE** the case. All pending deadlines are **TERMINATED**, and any pending motions are **DENIED** as moot.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 30th day of September 2020.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record